Kristin A. Zilberstein, Esq. (SBN: 200041)
L. Bryant Jaquez, Esq. (SBN: 252125)
Adam P. Thursby, Esq. (SBN 318465)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph:  (949) 427-2010 ext. 1010
Fax: (949) 427-2732
bjaquez@ghidottiberger.com

Attorney for Secured Creditor
US Bank Trust National Association as Trustee of the Igloo Series III Trust, its successors and/or assignees

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Robert B. Waferling,<br><br>          Debtor. | CASE NO.: 8:16-bk-14732-CB<br><br>**RESPONSE TO MOTION TO SELL THE REAL PROPERTY LOCATED AT 1791 Sirrine Drive, Santa Ana, CA 92705** |

US Bank Trust National Association as Trustee of the Igloo Series III Trust, its successors and/or assignees, ("Creditor"), who hereby submits its response to the Debtor's Motion seeking authority to sell the real property commonly known as 1791 Sirrine Drive, Santa Ana, CA 92705 (the "Property").

    1.    On or about October 4, 2007, Debtor executed a note in the original principal amount of $417,000.00 ("Note").  The debt described by the Note is secured by a deed of trust ("Deed of Trust") properly recorded and creating a lien against the Property. Creditor is the holder

of the Note and thus has standing to enforce the Note. Creditor is also the beneficiary of the Deed of Trust.

2.  On November 17, 2016 Debtor filed for protection under Chapter 13 of the United States Code. Creditor's Proof of Claim was filed as claim 5 on March 9, 2017 evidencing a total claim as of the filing of the bankruptcy of $487,267.90 and pre-petition arrearages of $57,420.13.

3.  Debtor's confirmed chapter 13 plan provided for Debtor to cure pre-petition arrearages owed to Creditor through the trustee while Debtor maintain post-petition mortgage payments directly.

4.  On November 22, 2017, a transfer of claim of Creditor's proof of claim was filed in favor of Creditor herein.

5.  On June 7, 2019, the Debtor filed the instant Motion seeking approval to sell the Property for $790,000.00 and paying off Creditor in the estimated amount of $487,267.90.

6.  However, the approximate amount required to payoff Creditor's lien is approximately $477,717.09.

7.  Furthermore, the motion does not identify an anticipated or expected close of escrow or whether the Debtor will be making mortgage payments to Creditor in the interim as required by the confirmed chapter 13 plan.

8.  Consequently, Creditor does not object to the Debtor selling the Property for $790,000.00 as indicated in the motion on the condition that (a) Creditor receive a full payoff pursuant to an updated payoff statement good through the close of escrow, (b) the close of escrow must be within the next 6 months, and (c) Debtor must maintain ongoing mortgage payments in the interim. Furthermore, in the event Debtor fails to close escrow within the next 6 months, Creditor respectfully requests that it be provided relief from the automatic stay without further hearing or order.

9.  Thus, Creditor files this conditional response to preserve its rights. Creditor is only agreeable to the sale of the Property provided that the above-referenced conditions are included in the order and the order specifically provide that Creditor shall receive its full payoff pursuant to an updated payoff statement good through the sale closing date. Further, Creditor requests that the

order authorizing the sale provide that Creditor's lien attaches to the proceeds of the sale until such time as the Creditor's lien is fully satisfied from the proceeds of sale.

Dated: July 3, 2019          GHIDOTTI | BERGER LLP

                                     /s/ L. Bryant Jaquez

                                 L. Bryant Jaquez, Esq.
                                 Counsel for Creditor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1920 Old Tustin Ave.
Santa Ana, CA 92705

A true and correct copy of the foregoing document entitled (*specify*): RESPONSE TO MOTION TO SELL THE REAL PROPERTY LOCATED AT 1791 Sirrine Drive, Santa Ana, CA 92705
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 3, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jenelle C Arnold     ecfcacb@aldridgepite.com, jarnold@ecf.courtdrive.com
- Amrane (SA) Cohen (TR)     efile@ch13ac.com
- Joseph C Delmotte     ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- Michelle R Ghidotti     bknotifications@ghidottiberger.com, gbadmin@ecf.courtdrive.com
- Karin Murphy     prpbk@bsifinancial.com, prpbk@bsifinancial.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Christopher P Walker     cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
- Gilbert R Yabes     ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
- Kristin A Zilberstein     bknotifications@ghidottiberger.com;gbadmin@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On July 3, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**: Robert B. Waferling, 1791 Sirrine Dr., Santa Ana, CA 92705
**Judge's Copy**: US Bankruptcy Court, Attn: Hon. Catherine E. Bauer, 411 West Fourth Street, Suite 5165, Santa Ana, CA 92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/3/2019 | Enrique Alarcon | */s/ Enrique Alarcon* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**